IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

IN RE: JACQUELINE MARIE MILLER,      Case No. 5:04-BK-24603-JGM
Debtor      Chapter 13

U.S. BANK, N. A., IT'S SUCCESSORS AND/OR ASSIGNS      MOVANT

VS.

JACQUELINE MARIE MILLER, Debtor;
and JO-ANN L. GOLDMAN, Trustee      RESPONDENTS

**ORDER**

This matter having come before the Court, pursuant to the Motion for Relief from Automatic Stay filed herein by Movant, U.S. Bank, N. A., it's Successors and/or Assigns, and the Court, being fully advised, finds that the Motion is **WITHDRAWN** upon conditions. Debtor shall modify her plan within (20) days to provide for Movant as a long term continuing debt with a monthly mortgage payment in the sum of $341.96 from the date of filing. Debtor acknowledges a post-petition arrearage for the period March 2005 through September 2005. Debtor's modified plan shall also provide for pre-petition arrears in the sum of $7,321.86, to be cured at $149.42 per month through the Trustee's office, as well as Movant's attorney's fees and costs for this action in the sum or $800.00 to be cured at $16.32 per month through the Trustee's office.

Additionally, the Debtor agrees to strictly comply with all payments to the Chapter 13 Trustee and with the terms of this Order for the period November 2005 through April 2006. Should the Debtor go into default for a period of ten (10) days or more, or fail to comply with

EOD 11/10/05 by rj

2

any provision herein, Movant shall give one ten (10) day Notice of Default, and if the default is not cured within that time, Movant will submit a Motion and Order granting Movant ex parte relief from the automatic stay without further appearance before this Court.

**IT IS SO ORDERED.**

*/s/ James G. Mixon*

James G. Mixon
United States Bankruptcy Judge

DATE: November 10, 2005

APPROVED AS TO FORM:

WILSON & ASSOCIATES, P.L.L.C.
1521 Merrill Drive, Suite D-220
Little Rock, Arkansas 72211
(501) 219-9388


By:   /s/ Sondra K. Boone
      Kimberly D. Burnette (88077)
      Sondra Boone (98231)
      Waylan Cooper (99178)
      Nancy J. Mahler (77085)

Attorneys for Movant

Stephen Wade Parker
P. O. Box 8567
Pine Bluff, AR  00007-1611


/s/ R. Patt Pine for
Stephen Wade Parker
Attorney at Law

Jo-Ann L. Goldman
P.O. Box 8202
Little Rock, AR  72221-8202


Jo-Ann L. Goldman
Trustee

DOrderWithdrawMFRCh13_nheffington_051028_1602
W&A No. 157-84532 / Loan No. xxxxxx0812