IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS

RE:   Jacqueline Miller                                              CASE NO: 5:04-bk-24603
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**MODIFICATION OF CHAPTER 13 PLAN**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Comes now the Debtor by and through her attorneys, Dickerson Law Firm, P.A., and for her modification to the original or modified Chapter 13 plan states:

1. **PAYMENT TO THE TRUSTEE:**

   THE DEBTOR PROPOSES TO PAY $ 620 PER MONTH TO THE TRUSTEE.

   [Indicate how often the Debtor is paid by checking the appropriate box below:]
   ( ) Weekly;   ( ) Bi-Weekly;   ( ) Semi-Monthly;   (XXX) Monthly or ( ) Other

2. **THE PLAN LENGTH** shall remain the same.

   A debtor must pay all disposable income into the plan for the benefit of unsecured creditors for no less than 36 months (unless unsecured are being paid 100%) and the plan length shall not exceed 60 months.  Length of Plan may be automatically extended by the Chapter 13 Trustee without further modification should such extension be necessary to adequately fund plan in order to carry out other provisions of the plan as set forth below.

3. **UNSECURED CREDITORS** are to be paid a pro-rata dividend.

   **(SPECIAL NON-PRIORITY UNSECURED DEBTS REMAIN UNAFFECTED)**

4. **UNSECURED CREDITORS** shall be paid at least as much as they would receive under **Chapter 7.**

5. **ALL OTHER PROVISIONS AS SET FORTH IN THE LAST CONFIRMED PLAN REMAIN THE SAME.**


                                        Respectfully Submitted

                                        **DICKERSON LAW FIRM, P.A.**
                                        **PO BOX 8567**
                                        **PINE BLUFF, ARKANSAS 71611**
                                        **870/540-0678**


February 2, 2006                        /s/ Patt Pine
DATE                                    **PATT PINE, BAR #96218**
                                        **ATTORNEY FOR DEBTOR**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS

**RE:** Jacqueline Miller  **CASE NO: 5:04-bk-24603**

**NOTICE OF OPPORTUNITY TO OBJECT TO MODIFIED PLAN AFTER CONFIRMATION**

You are hereby notified that the captioned debtor has filed the attached modification to the plan pursuant to 11 U.S.C. 1323 and Rule 3019 of the Rules of Bankruptcy Procedure 11 U.S.C. 1329. Objections to the plan as modified must be filed with the Bankruptcy Court at P. O. Drawer 3097, Fayetteville, Arkansas 72702 in writing within 25 days from the date of this notice, with copies to the Counsel for the debtors and Jo Ann Goldman, Trustee, P. O. Box 8202, Little Rock, Arkansas 72221.

If objections to the Plan as Modified are filed, they will be set for hearing by subsequent notice. If no objections are received, the Plan as Modified may be confirmed without further notice or hearing.

**DICKERSON LAW FIRM, P.A.**
**PO BOX 8567**
**PINE BLUFF, AR 71611**
**870/540-0678**
**FAX 870/540-0056**

Date: February 2, 2006            /s/ Patt Pine
                                  **Patt Pine, Bar #96218**

CERTIFICATE OF MAILING

I, the undersigned, hereby certify that copies of the foregoing notice and attached Modification to Plan have been mailed to:

Jo Ann Goldman, Trustee            Mr. Neil Martin
P. O. Box 8202                     Internal Revenue Service
Little Rock, AR 72221              Special Procedures
                                   700 W. Capitol, Stop 5700
Legal Division                     Little Rock, AR 72201
Dept. of Finance & Administration
P. O. Box 1272, Room 2380          U.S. Attorney (Eastern District)
Little Rock, AR 72203              P. O. Box 1229
                                   Little Rock, AR 72203
Legal Department
Employment Security Division       U.S. Attorney (Western District)
P. O. Box 2981                     P. O. Box 1524
Little Rock, AR 72203              Fort Smith, AR 72902

and to all creditors whose names and address are set forth below:

/s/ Patt Pine
**DICKERSON LAW FIRM, P.A.**